```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
           SOUTHERN DIVISION
```

| | |
|---|---|
| GORDON LEE DUNN, JR., | : |
| #186282 | : |
|     Plaintiff, | : |
| | : |
| vs. | :    CIVIL ACTION 13-544-KD-M |
| | : |
| GARY HETZEL, *et al.*, | : |
|     Defendants. | : |

**<u>ORDER</u>**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 28, 2014 (doc. 11) is adopted as the opinion of this Court.

It is ORDERED that Plaintiff's Complaint is DISMISSED without prejudice prior to service of process as malicious pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2(B)(i).

DONE this 25th day of June 2014.

<u>s/ Kristi K. DuBose</u>
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE